GARY M. RESTAINO
United States Attorney
District of Arizona
KRISTEN BROOK
Assistant U.S. Attorney
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Sep 24 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Scott Patrick Knox,<br><br>Defendant. | No.   CR-24-01559-PHX-SPL (DMF)<br><br>**I N F O R M A T I O N**<br><br>**VIO:** Title 18 U.S.C. § 654<br>(Embezzlement by Employee of the United States)<br>Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**

Beginning around September 2023, and continuing through March 2024, in the District of Arizona, Defendant Scott Patrick Knox, an employee of the United States and a department and agency thereof, that is, a Mission Support Specialist at the Drug Enforcement Administration, willingly and knowingly embezzled and wrongfully converted to his own use the property of another, which came under his possession and under his control as an employee of the United States, which property had a value exceeding $1,000, that is, approximately $75,546.

/

/

/

/

In violation of Title 18, United States Code, Section 654.

Dated this 23rd day of September, 2024.

                                            GARY M. RESTAINO
                                            United States Attorney
                                            District of Arizona

                                            *Kristen Brook*
                                            KRISTEN BROOK
                                            Assistant U.S. Attorney